IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IBRAHIM K.M. ALMABRUK, et al.,** | : | Civil No. 1:22-CV-01054 |
| **Plaintiffs,** | : | |
| v. | : | |
| **TERRY ROBINSON, et al.,** | : | |
| **Defendants.** | : | |
| | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 22 day of July, 2024, upon consideration of Defendants' motion to dismiss (Doc. 28) for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED** and the Amended Complaint (Doc. 24) is **DISMISSED WITH PREJUDICE.** The Clerk of Courts is directed to close the file.

    **IT IS SO ORDERED.**

                                          /s/ Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge